HAZARD *against* HENRY, executor of POTTER.

THE First Judge of Ontario Common Pleas had, on the 13th April last, granted an order, absolute in the first instance, that the plaintiff's attorney furnish a bill of particulars in 20 days, and that all proceedings on the part of the plaintiff be stayed until such bill should be furnished.  On the 15th April, *Wm. M. Oliver,* Esq. the plaintiff's attorney, requested the Judge to vacate this order, because it was absolute, which he declined doing; and now I moved to set it aside, because it should have been in the alternative, as was decided in the first volume of my reports, in *Brewster* v. *Sackett,* p. 571.

*Order for bill of particulars absolute in the first instance The judge is requested to vacate the order for that reason, which he refuses to do. Order, therefore, set aside for irregularity.*

*J. L. Riker,* contra.

*Curia.*  Take your rule.

Motion granted.